UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES BRIAN NEWMAN,<br><br>　　　　　Defendant. | No.  5:16-mj-00008-JLT<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

　　　The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

☐   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

☒   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

　　　This finding is based on the reasons stated on the record.

DATE:  02/19/2016　　　　　　　　　　　　　　　　　　 /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge